AO 451 (Rev. 01/09) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CONCORD CAPITAL MANAGEMENT, LLC <br> f/k/a InsCap Management, LLC, <br> *Plaintiff* <br><br> v. <br><br> Gary Brecka, <br> *Defendant* | Civil Action No. 11 Civ. 5545 (DLC) <br><br> 2:12-mc-1-FtM-29SPC |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* December 2, 2011.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: January 5, 2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

2012 JAN -9 PM 1:32
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CONCORD CAPITAL MANAGEMENT, LLC
f/k/a InsCap Management, LLC,

Case No:11 Civ. 5545 (DLC)

Plaintiff,

-against-   DEFAULT JUDGMENT

GARY BRECKA,

Defendant.
----------------------------------------------------------------x

This action having been commenced on August 10, 2011 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Gary Brecka on August 20, 2011 by individual service, and the Affidavit of Service by the Process Server having been filed with the Court on September 12, 2011; and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant Gary Brecka, residing at 222 Barefoot Beach Boulevard, Bonita Springs, Lee County Florida 3435 in the liquidated amount of $750,000.00 with interest at 9% from May 2, 2009 to December 2, 2011 amounting to $174,390.41, and legal fees in the sum of $ _$5,000.00_ plus costs and disbursements of this action in the amount of $350.00 amounting in all to $ _929,740.41_.

Dated: New York, New York
December 2, 2011

_____
U.S.D.J.

This document was entered on the docket on _12/5/11_.

A CERTIFIED COPY
RUBY J. KRAJICK, CLERK

BY_____
Deputy Clerk

FILED 2012 JAN -9 PM 1:32 U.S. DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS, FLORIDA